FILED
CLERK, U.S. DISTRICT COURT
23 MAY 03 PM 4:16
DISTRICT OF UTAH
BY: _____
   DEPUTY CLERK

Larry R. White (#3446)
BURBIDGE & WHITE
Attorneys for Defendant, IHC Health Plans, Inc.
1400 Key Bank Tower
50 South Main Street
Salt Lake City, Utah 84144
Telephone: (801) 359-7000
Fax: (801) 236-5319

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OSCAR JOHNSON, PA-C <br><br> Plaintiff, <br><br> vs. <br><br> IHC HEALTH PLANS, INC. <br><br> Defendant. | **NOTICE OF REMOVAL** <br><br> Judge Paul G. Cassell <br> DECK TYPE: Civil <br> DATE STAMP: 05/23/2003 @ 16:18:19 <br> CASE NUMBER: 2:03CV00489 PGC |

The defendant, IHC Health Plans, Inc., a Utah corporation, by and through its counsel of record, pursuant to 28 U.S.C. § 1446, hereby gives notice of removal of this action to the United States District Court for the District of Utah.

Plaintiff's claim against IHC Health Plans, Inc. arise from the denial of health insurance reimbursement of health insurance benefits to Oscar Johnson as a third-party beneficiary of various employee welfare benefit plans. The action was originally filed in the Third Judicial

District Court in and for the County of Salt Lake, State of Utah. Because the denial of benefits relates to a Utah employee welfare benefit plans incorporated in the State of Utah, the action is governed by the Employee Retirement Income Security Act (ERISA) 29 U.S.C. § 1001 et seq. and is subject to the jurisdiction of this Court pursuant to 29 U.S.C. § 1132(a).

With removal of this action, the defendant, IHC Health Plans, Inc. also requests that this Court decide all matters between the parties to this action.

In accordance with 28 U.S.C. § 1446(a), copies of the following are attached:

Complaint and Summons served on the defendant on May 19, 2003, attached hereto as Exhibit A.

DATED this 23rd day of May, 2003.

**BURBIDGE & WHITE**

_____
Larry R. White
Attorneys for IHC Health Plans, Inc.

## MAILING CERTIFICATE

I hereby certify that on the ___23rd___ day of May, 2003, I caused to be served by the method indicated below a true and correct copy of the attached and foregoing **NOTICE OF REMOVAL** to be served by the method indicated below to the following:

|   |   |   |
|---|---|---|
| ___ | VIA FACSIMILE | Alan B. Brown |
| ___ | VIA HAND DELIVERY | 2240 Parleys Terrace |
| _X_ | VIA U.S. MAIL | Salt Lake City, Utah 84109 |
| ___ | VIA FEDERAL EXPRESS | |

_Dianne Hamet_

W:\IHC\Health Plans\7692\notice or removal USDC.wpd

- 3 -

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.